AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) |
|  | ) Case No. |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ in the county of _____ in the
_____ District of _____ , the defendant(s) violated:

*Code Section*                                                                 *Offense Description*

This criminal complaint is based on these facts:

❐ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Sworn to before me by telephone.

Date: _____            _____
*Judge's signature*

City and state: _____   _____
*Printed name and title*